UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- X:
STANLEY ST. HILLIEN,                                    :
                                                        :   Case No.: 2:23-cv-00165
             Plaintiff,                :
                                                        :
  -against-                                           :
                                                        :
TRICORBRAUN INC., PACKAGE ALL,                          :
LLC, AND SEAN CANAVAN,                                  :
                                                        :
             Defendant.                :
                                                        :X
-------------------------------------------------------

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiff Stanley St. Hillien ("Plaintiff") and Defendants TricorBraun, Inc., Package All, LLC, and Sean Canavan (collectively, "Defendants"), in the above-captioned action, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, jointly file this stipulation of voluntary dismissal with prejudice, as follows:

**WHEREAS**, Plaintiff filed the Complaint in the above-captioned action on or about January 10, 2023, asserting six (6) causes of action against Defendants [ECF No. 1];

**WHEREAS**, Defendants filed their Answer and Affirmative and Other Defenses to the Complaint on or about March 13, 2023 [ECF No. 11];

**WHEREAS,** the Parties reached an agreement to resolve this matter in its entirety following a joint settlement conference before the Court on July 17, 2023;

**WHEREAS,** following entry of an agreement on or about August 12, 2023, the Parties agree and request that the Complaint be dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned counsel

- 2 -

for the Parties, that the Complaint be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted this 28th day of August 2023,

| **AKIN & SALAMAN** | **SEYFARTH SHAW LLP** |
|---|---|
| By: _/s/ Olena Tatura_<br>Olena Tatura<br>45 Broadway, Suite 1420<br>New York, New York 10006<br>Telephone: (212) 825-1400<br>Facsimile: (212) 825-1440<br>Email: olena@akinlaws.com<br><br>*Attorneys for Plaintiff Stanley St. Hillien* | By: _/s/ Paxton T. Moore_<br>Paxton T. Moore<br>pmoore@seyfarth.com<br>Tracy Billows (appearing *pro hac vice*)<br>tbillows@seyfarth.com<br>620 Eighth Avenue, 32nd Floor<br>New York, New York 10018<br>Telephone: (212) 218-5500<br>Facsimile: (212) 218-5526<br><br>*Attorneys for Defendants TricorBraun, Inc., Package All, LLC and Sean Canavan* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 28, 2023, I filed the foregoing via the Court's CM/ECF system, which served a copy of the same on all counsel of record.

*/s/ Paxton T. Moore*
Paxton T. Moore